**William A. FISHER, Plaintiff–Appellant,**

v.

**COURT & LEGAL RECORDS, Defendant–Appellee.**

**No. 00–7684.**

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

William A. Fisher, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

William A. Fisher appeals a district court order dismissing without prejudice under 28 U.S.C.A. § 1915(g) (West Supp. 2000) his civil rights complaint. We decline to rule on whether the three appeals cited by the district court count as strikes for purposes of § 1915(g) and dismiss the appeal on alternate grounds. *See Cochran v. Morris,* 73 F.3d 1310, 1315 (4th Cir. 1996). Because we find that Fisher's civil rights complaint fails to state a claim, we dismiss the appeal as frivolous. *See Clemente v. Allen,* 120 F.3d 703, 705 (7th Cir. 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*